UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEOFFREY I. ROBERTS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY FC, LLC, AND 3M COMPANY,<br><br>    Defendants. | Civil Action No.1:18-cv-15059 (RBK-KMW)<br><br>Hon. Robert B. Kugler, U.S.D.J.<br><br>[~~PROPOSED~~] ORDER BY CONSENT SETTING DEADLINES OF PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND THE FILING OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION |

**THIS MATTER** having been opened to the Court by Plaintiff, Geoffrey I. Roberts' Application for Extension of Time to Respond to Defendants The Chemours Company FC, LLC and E. I. du Pont de Nemours and Company (hereinafter "Defendants") and 3M Company's respective motions to dismiss (ECF Doc. No. 25), and the Court having considered the matter and having reviewed the papers submitted in support, and no previous extension having been applied for with regard to this motion, and counsel for the Plaintiff and Defendants having consented to the extension of time to file responses, and good cause having been shown;

**IT IS**, therefore, on this 11th day of March 2019,

**ORDERED** that the time within which Plaintiff may oppose or respond to Defendants' Motion to Dismiss (ECF Doc. No. 23), be and is hereby extended to March 8, 2019; and

**IT IS FURTHER ORDERED** that the time within which Defendants may further support its Motion to Dismiss and respond to Plaintiff's opposition, if any, be and is hereby extended to April 8, 2019.

_____
THE HONORABLE ROBERT B. KUGLER, U.S.D.J.

| **DOUGLAS & LONDON, PC** | **McCARTER & ENGLISH, LLP** |
|---|---|
| By: /s/ Rebecca G. Newman<br>    Rebecca G. Newman, Esq.<br>    Michael A. London, Esq.<br>    DOUGLAS & LONDON, PC<br>    59 Maiden Lane<br>    New York, NY 10038<br>    Tel: (212) 566-7500<br><br>*Attorneys for Plaintiff,*<br>*Geoffrey I. Roberts* | By: /s/ Amanda G. Dumville<br>    Amanda G. Dumville, Esq.<br>    Four Gateway Center<br>    100 Mulberry Street<br>    Newark, New Jersey 07102<br>    (973) 622-4444<br><br>*Attorneys for Defendants,*<br>*E. I. du Pont de Nemours and Company*<br>*and The Chemours Company FC, LLC* |

ME1 29150703v.1
ME1 29150703v.1